UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
CAROL S. CYMBLER, on behalf of herself
and all others similarly situated,

                Plaintiff,                                JUDGMENT
                                                            24-CV-2792 (AMD) (SIL)

                -against-

NEW YORK STATE, NASSAU COUNTY,
NASSAU COUNTY TRAFFIC AND
PARKING VIOLATIONS AGENCY,
VERRA MOBILITY CORPORATION,
AMERICAN TRAFFIC SOLUTIONS, INC.,

                Defendants.
------------------------------------------------------------ X

        A Memorandum, Decision, and Order of the Honorable Ann M. Donnelly, United States District Judge having been filed on September 9, 2025, granting the defendants' motions to dismiss; it is

        ORDERED AND ADJUDGED that the defendants' motions to dismiss are granted.

Dated: Brooklyn, NY                                   Brenna B. Mahoney
          September 9, 2025                          Clerk of Court

                                                           By: */s/Jalitza Poveda*
                                                               Deputy Clerk